Alejandro E. Figueroa, Esq. (Cal. Bar No. 332132)
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8180
alejandrof@sulaimanlaw.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY E. DEVINE,<br><br>              Plaintiff,<br><br>      v.<br><br>DIVERSIFIED ACCEPTANCE CORPORATION d/b/a M. LEONARD & ASSOCIATES,<br><br>              Defendant. | Case No. 2:21-cv-04156-SB-ADS<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff RANDY E. DEVINE, by and through his undersigned counsel, submits his response to the Court's Order to Show Cause issued on July 21, 2021 [Dkt. 13] as follows:

1.      On May 19, 2021, Plaintiff filed his complaint against DIVERSIFIED ACCEPTANCE CORPORATION d/b/a M. LEONARD & ASSOCIATES for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 *et seq*.

2.      On June 8, 2021, Defendant was served with Plaintiff's Complaint and Defendant's Answer was due on or before June 29, 2021. [Dkt 9]

1

3.      Plaintiff failed to file a motion for entry of default due to a regretful inadvertent oversight.

4.      In order to cure the issues raised in the Court's Order to Show Cause regarding the lack of prosecution, Plaintiff has filed a motion for entry of clerk's default located at [Dkt. 14]

5.      Based on the foregoing, Plaintiff respectfully requests that the Court terminate the Order to Show Cause and enter the entry of default against Defendant.

DATED: August 4, 2021                           Respectfully submitted,

                                                **RANDY E. DEVINE**

                                                By: */s/ Alejandro E. Figueroa*

                                                Alejandro E. Figueroa, Esq.
                                                (Cal. Bar No. 332132)
                                                Sulaiman Law Group, Ltd.
                                                2500 S. Highland Ave., Ste. 200
                                                Lombard, IL 60148
                                                Phone: (630) 575-8180
                                                alejandrof@sulaimanlaw.com
                                                *Counsel for Plaintiff*

2

1

**CERTIFICATE OF SERVICE**

2
       I hereby certify that on August 4, 2021, I electronically filed the foregoing with the Clerk of the Court for the Central District of California by using the

3
CM/ECF system.

4
       Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

5

6
       I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by USPS Priority Mail, postage prepaid to the following participants:

7

8
DIVERSIFIED ACCEPTANCE
CORPORATION D/B/A M.
LEONARD & ASSOCIATES

9
14044 VENTURA BLVD. SUITE 100
SHERMAN OAK, CALIFORNIA 91423

10

11
/s/ *Alejandro E. Figueroa*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3